■ IRISH PROPANE CORPORATION, Respondent, v. BURNWELL GAS DISTRIBUTORS, INC., Appellant. BURNWELL GAS DISTRIBUTORS, INC., Appellant, v. IRISH PROPANE CORPORATION, Respondent.— Order unanimously reversed, without costs of this appeal to either party and motion denied, without costs. Memorandum: Notice of motion was not given in accordance with the time requirements of CPLR. (See CPLR 2214, subd. [b]; 2103, subd. [b], par. 2.) (Appeal by defendant in first action and plaintiff in second action from an order of Erie

Special Term granting plaintiff's motion consolidating the actions and fixing the County of Erie as the place of trial.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.